JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE F. LESLEY, | ) Case No. CV 18-8868 CAS(JC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| SUPERIOR COURT OF THE STATE OF CALIFORNIA, etc., et al., | ) |
| | ) |
| Respondents. | ) |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 1/8/2019

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE